**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALEJANDRO RIVERA
REG #14842-179                                                                                                  PLAINTIFF

V.                                         2:07CV00079 JLH/JTR

EDNA J. PRINCE, Dr.,
FCI, Forrest City, Arkansas, et al.                                                                  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendant Jimenez is DISMISSED, WITHOUT PREJUDICE, because Plaintiff has failed to state a viable claim against him.

2.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.   Plaintiff shall proceed with his inadequate medical care claims against Defendants Prince, Hicks, and Morris.

4.   The Clerk is directed to prepare a summons for Defendants Prince, Hicks, and Morris. The United States Marshal is directed to serve the summons and Complaint upon those Defendants, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney

General, without prepayment of fees and costs or security therefor.[1]

Dated this 10th day of July, 2007.

                                                      */s/ J. Leon Holmes*
                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court requests that a **SEALED** Statement providing the last known private mailing address be provided if any of the Defendants are no longer BOP employees.