# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ALEJANDRO RIVERA
REG #14842-179                                                                                              PLAINTIFF

V.                                   2:07CV00079 JLH/JTR

EDNA J. PRINCE, DR.,
FCI, Forrest City, Arkansas, et al.                                                                   DEFENDANTS

## ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED that:

      1.     Defendants' Motion to Dismiss (docket entry #26) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to fully and properly exhaust his administrative remedies.

      2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

      Dated this 11th day of March, 2008.

                                                         */s/ J. Leon Holmes*
                                                 UNITED STATES DISTRICT JUDGE